**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **CLIFFORD G. TAMPLIN,** | ) | |
| | ) | Civil File No. 00-CV-1957 RHK/JMM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND ORDER** |
| **DIAGEO INC., AS SUCCESSOR IN INTEREST OF GRAND METROPOLITAN INCORPORATED,** | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective attorneys, that Defendant Diageo Inc., as successor in interest of Grand Metropolitan Incorporated, may be and hereby is granted an extension to September 29, 2000 in which to answer or otherwise respond to Plaintiff Clifford G. Tamplin's Complaint in the above-entitled action.

Dated: September 11, 2000

**THOMAS E. GLENNON & ASSOCIATES, P.A.**

By ______________________
Thomas E. Glennon (#124035)
4700 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 347-0426

**ATTORNEYS FOR PLAINTIFF**

FILED SEP 12 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: September 8, 2000

**DIAGEO INC., AS SUCCESSOR IN INTEREST OF GRAND METROPOLITAN INCORPORATED**

By ______________________

Linda C. Schwartz (#0122142)
Tax Counsel
Diageo Inc.
M.S. 08X3
200 South Sixth Street
Minneapolis, MN 55402-1464
(612) 330-4041

**ATTORNEYS FOR DEFENDANT**

**ORDER**

Based upon the accompanying Stipulation for Extension of Time to Answer Complaint,

IT IS HEREBY ORDERED that Defendant Diageo Inc., as successor in interest of Grand Metropolitan Incorporated, shall be and hereby is granted an extension to September 29, 2000 to answer or otherwise respond to Plaintiff Clifford G. Tamplin's Complaint in this action.

BY THE COURT:

Dated: September 12 2000

Honorable John M. Mason
United States Magistrate Judge