UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **CLIFFORD G. TAMPLIN,**<br><br>Plaintiff,<br><br>v.<br><br>**DIAGEO INC., AS SUCCESSOR IN INTEREST OF GRAND METROPOLITAN INCORPORATED,**<br><br>Defendant. | ) | Civil File No. 00-1957 (RHK/JMM)<br><br>**STIPULATION FOR EXTENSION OF NON-EXPERT DISCOVERY DEADLINE AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective attorneys, that the May 1, 2001 deadline for the completion of non-expert discovery set forth in this Court's Pretrial Scheduling Order dated and filed November 2, 2000 may be extended to June 1, 2001 in this action, pursuant to Fed.R.Civ.P. 16 and LR 16.3 and LR 7.1 of the Local Rules of the United States District Court for the District of Minnesota.

Dated: April 13, 2001

**THOMAS E. GLENNON & ASSOCIATES, P.A.**

By ______________________
Thomas E. Glennon (#124035)
4700 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 347-0426

**ATTORNEYS FOR PLAINTIFF**

APR 2 6 2001
FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: April 19, 2001

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By ______________________

Patricia A. Bloodgood (#157673)
Susan E. Ellingstad (#243346)
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
(612) 339-6900

**ATTORNEYS FOR DEFENDANT**

**ORDER**

Based upon the accompanying Stipulation for Extension of Non-Expert Discovery Deadline,

IT IS HEREBY ORDERED that the May 1, 2001, deadline for the completion of non-expert discovery set forth in this Court's Pretrial Scheduling Order dated and filed November 2, 2000, herein shall be extended to June 1, 2001, in this action, for good cause shown, pursuant to Fed.R.Civ.P. 16 and LR 16.3 and LR 7.1 of the Local Rules of the United States District Court for the District of Minnesota. All other deadlines and schedules set forth in this Court's Pretrial Scheduling Order dated and filed November 2, 2000, shall remain in effect and are not affected by this Order.

Dated: April 26, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

No further extensions will be granted