**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

CLIFFORD G. TAMPLIN,

Plaintiff,

v.

DIAGEO INC., AS SUCCESSOR IN INTEREST OF GRAND METROPOLITAN INCORPORATED,

Defendant.

Civil File No. 00-CV-1957 (RHK/SRN)

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

The above-entitled claim having been fully compromised and settled, it is hereby stipulated and agreed, by and between the parties thereto, through their respective undersigned counsel of record, that the same, including all claims which were or could have been asserted therein, may be dismissed on its merits and with prejudice but without cost to any party.

Dated: June 21, 2001.

THOMAS E. GLENNON & ASSOCIATES, P.A.

By: ______________________
Thomas E. Glennon (#124035)
4700 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 347-0426

**ATTORNEY FOR PLAINTIFF CLIFFORD G. TAMPLIN**

Dated: June 28, 2001.

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: ______________________
Patricia A. Bloodgood (#157673)
Susan E. Ellingstad (#243346)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

**ATTORNEYS FOR DIAGEO INC.**

FILED JUL 02 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUL 02 2001
DEPUTY CLERK ______

**ORDER**

Based upon the foregoing Stipulation of the parties and upon all the files, records and proceedings herein, and the Court being fully advised on the premises, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the above-entitled claim, brought by Plaintiff Clifford G. Tamplin against Diageo Inc., including all claims which were or could have been asserted therein, shall be, and hereby is, dismissed on its merits and with prejudice but without cost to any party. The Clerk of this Court is hereby directed to enter a judgment dismissing said action accordingly.

Dated: 7/02, 2001

BY THE COURT:

Honorable Richard H. Kyle
United Stated District Court Judge